IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEFFREY SMITH,

Plaintiff,

v. Case No. 1:25-cv-00176 JMR-LF

STATE OF NEW MEXICO, ex rel.
NEW MEXICO STATE POLICE and
TROY WEISLER (in his individual capacity
and official capacity as chief of police),

Defendants.

**ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT**

The parties have reached a negotiated resolution in this matter.

IT IS THEREFORE ORDERED that closing documents must be filed no later than **Monday, October 26, 2026**, absent a written motion showing good cause for an extension.

Laura Fashing
United States Magistrate Judge